MAY 15, 1950.

*Per Curiam Decisions.*

No. 754. EMERY TRANSPORTATION Co. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Southern District of Ohio; and

No. 755. HOFFMAN ET AL. *v.* O'BRIEN, POLICE COMMISSIONER, ET AL. Appeal from the United States District Court for the Southern District of New York. *Per Curiam:* The motions to affirm are granted and the judgments are affirmed. *Clarence D. Todd, Dale C. Dillon* and *Harry Kasfir* for appellant in No. 754. *Julius Hallheimer* for appellants in No. 755. *Solicitor General Perlman, Daniel W. Knowlton, Albert B. Rosenbaum* and *David Axelrod* for appellees in No. 754. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Samuel A. Hirshowitz,* Assistant Attorney General, for Goldstein; and *John P. McGrath, Frank S. Hogan, Seymour B. Quel* and *Whitman Knapp* for O'Brien et al., appellees in No. 755.

*Miscellaneous Order.*

No. 478, Misc. BYERS *v.* KEECH, U. S. DISTRICT JUDGE. The motion for leave to file petition for writ of mandamus is denied.

*Certiorari Granted.*

No. 536. COMPAGNA ET AL. *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *A. Walton Nall* and *Wm. Scott Stewart* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Philip R. Monahan* for respondent.